No. 09–1460. ENTERTAINMENT PRODUCTIONS, INC., ET AL. *v.* SHELBY COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–1462. ATWELL *v.* SCHWEIKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1463. MESSINA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 09–1464. VENEZIA *v.* WILLIAM PENN SCHOOL DISTRICT. C. A. 3d Cir. Certiorari denied.

No. 09–1465. PIPES *v.* UNITED PARCEL SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–1466. METLAKATLA INDIAN COMMUNITY *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 09–1467. WORLD TRADE CENTER FAMILIES FOR PROPER BURIAL, INC., ET AL. *v.* CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1468. O'TOOLE *v.* NORTHROP GRUMMAN CORP. C. A. 10th Cir. Certiorari denied.

No. 09–1469. SANCHEZ *v.* DUPNIK, SHERIFF, PIMA COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–1471. MAYBEE, DBA SMARTSMOKER.COM, DBA BUYCHEAPCIGARETTES.COM, DBA ORDERSMOKESDIRECT.COM *v.* IDAHO EX REL. WASDEN, ATTORNEY GENERAL OF IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 09–1472. LONE STAR BAKERY, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.